OPINION — AG — **** REFORMATORIES — COMMODITIES **** THE SCHOOL MAINTAINED ON THE GROUNDS OF THE STATE REFORMATORY AT GRANITE, OKLAHOMA, IS A PUBLIC SCHOOL WITHIN THE MEANING OF 70 O.S. 1961 1-7 [70-1-7] AND 70 O.S. 1961, 2A-4(28) [70-2A-4], WHICH WERE IN EFFECT DURING THE PERIOD THE SCHOOL RECEIVED DONATED FOOD COMMODITIES FROM THE STATE DEPARTMENT OF PUBLIC WELFARE. (PHIL R. SCOTT)